

| | THE CITY OF NEW YORK | |
|---|:---:|---:|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **OMAR J. SIDDIQI**<br>Assistant Corporation Counsel<br>Phone: (212) 356-2381<br>Fax: (212) 356-3509<br>Email: osiddiqi@law.nyc.gov |

May 28, 2015

**BY ECF**
Honorable John G. Koeltl
United States District Judge
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>Sonia Gonzalez v. City of New York et al.</u>
                  15 Civ. 494 (JGK)

Your Honor:

        I am the Assistant Corporation Counsel assigned to represent the City of New York ("City") in the above-referenced matter. The parties write pursuant to the Court's Order dated April 23, 2015, requesting a status update on the case by May 28, 2015.

        Upon information and belief, the Internal Affairs Bureau investigation into the incident underlying the Complaint has been concluded. As such, the parties now request that the stay be lifted.

        Defendants thank the Court for its consideration of this request.

                                        Respectfully submitted,

                                        /S
                                        Omar J. Siddiqi
                                        Assistant Corporation Counsel

cc:    Robert Marinelli (By ECF)
       *Attorney for Plaintiff*